IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TERRY WALLS**                                                                **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO.: 3:16-cv-30-DMB-JMV**

**CALHOUN COUNTY, SHERIFF GREG POLLAN,**
**IN HIS INDIVIDUAL AND OFFICIAL CAPACITY,**
**DEPUTY JANE DOE, IN HER INDIVIDUAL AND**
**OFFICIAL CAPACITY, and DEPUTY JOHN DOE**
**(1-10), IN HIS INDIVIDUAL AND OFFICIAL CAPACITY**     **DEFENDANTS**

## ORDER VACATING TEXT ORDER

The Court's Text Only Order granting [24] Motion to Amend/Correct CMO dated October 18, 2016 was entered in error. That Order is hereby VACATED, and the deadlines set by Order [25] control.

So Ordered this 18th day of October, 2016.

                                                    /s/ Jane M. Virden
                                                  UNITED STATES MAGISTRATE JUDGE