IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TERRY WALLS**                                                                                    **PLAINTIFF**

**V.**                                                                             **NO. 3:16-CV-30-DMB-JMV**

**CALHOUN COUNTY, et al.**                                         **DEFENDANTS**

**ORDER DISMISSING CASE
BY REASON OF SETTLEMENT**

      The Court has been advised that this action has been settled, or is in the process of being settled. It is, therefore, unnecessary that the action remain upon the calendar of the Court. Accordingly, this action is **DISMISSED without prejudice** and all pending motions [40][47][48][53] are **DENIED as moot**. The Court retains complete jurisdiction[1] to vacate this order and to reopen this action upon cause shown that settlement has not been completed and further litigation is necessary.

      **SO ORDERED**, this 5th day of January, 2017.

                                                           **/s/ Debra M. Brown**
                                                           **UNITED STATES DISTRICT JUDGE**

---

[1] On January 3, 2017, the Court issued an order requiring Walls to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Doc. #64. In the event further litigation is necessary for any reason, Walls shall respond to the show cause order at the point the action is requested to be reopened.